SOLOMON WITTNER, Respondent, v. GEORGE WITTNER, Individually and as Administrator, etc., of HYMAN WITTNER, Deceased, and Others, Respondents, and BURR AVENUE DEVELOPMENT CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRETZ-MOON TUBE COMPANY, INC., Respondent, v. SAMUEL GREENBERG, INC., Defendant, Impleaded with WILLIAM GREENBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, .P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of 117–119 WEST FORTY-SIXTH STREET CORPORATION, Appellant, for an Order Summarily Discharging of Record a Notice of Mechanic's Lien Filed in the Office of the Clerk of the County of New York by WILLIAM BAYARD WILLIS, Respondent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. 'BEHAN, Deputy and Acting Superintendent of Insurance, etc., for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY, Respondent. Motion to Punish BENJ. FRINDEL, Appellant, for Contempt for Failure to Turn over Salvage.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GLUCKMAN & STRAUCH, INC., Appellant, v. MAX ROTHCHILD and MAX EPSTEIN and PROTECTO PRODUCTS CO., INC., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDITH HAWKINS FINN, Respondent, v. CENTRAL MANHATTAN PROPERTIES, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of MARY E. HALLORAN, Deceased.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The verified bill of particulars to be served within five days from service of order. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDNA M. VEIT, Appellant, v. LESTER W. VEIT, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

IRON FIREMAN OF N. Y., INC., Appellant, v. THE SULGRAVE, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of Supplementary Proceedings: ANTHONY J. SPECIALE, Judgment Creditor, Respondent, v. THEODORE P. ECONOMU, Judgment Debtor, Appellant. — Order punishing judgment debtor for contempt affirmed, with ten dollars costs and disbursements. Appeal from order denying motion for reargument dismissed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.